## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alexandra Betzel, et al.
                Plaintiff,

v.                                     Case No.: 1:23−cv−02247
                                            Honorable Sharon Johnson Coleman

Angelo Gallegos, et al.
                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 29, 2024:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 3/29/2024. Parties report that discovery is ongoing. Fact discovery to be completed by 8/1/2024. Case is referred to Magistrate Judge Gilbert for discovery supervision and settlement. Judge Gilbert has authority to adjust discovery deadlines. An in−person status hearing is set for 8/2/2024 at 9:45 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.