UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Alexandra Betzel, et al.
                          Plaintiff,

v.                                                    Case No.: 1:23−cv−02247
                                                              Honorable Sharon Johnson Coleman

Angelo Gallegos, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 11, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 4/10/24. An in−person status hearing is set for 5/23/24 at 10:45 a.m. in Courtroom 1386. By 5/15/24, the parties shall file a joint status report that includes the following: 1) The status of written discovery, including production of documents and of any Local Rule 37.2 discussions; 2) A confirmed date for Plaintiff's deposition; 3) A list of other fact witness depositions that, based on their knowledge at the time, the parties believe need to be taken before the 8/1/24 close of fact discovery; 4) An update on the status of settlement discussions between the parties, including whether there have been follow up discussions about settlement after today's hearing; 5) Whether settlement appears to be a realistic possibility and, if so, what needs to happen before the parties will be prepared to set a date for a settlement conference; and 6) Whether all parties agree to a settlement conference with Judge Gilbert or private mediation. By 5/20/24, the parties shall send to court at Settlement_Correspondence_Gilbert@ilnd.uscourts.gov the last settlement exchanges between the parties to give the Court a sense of where the parties are on settlement. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.